## STATE v. JOE HUGHES.

(Filed 20 January, 1967.)

APPEAL by defendant from *Bickett, J.,* at February 1966 Criminal Session of ALAMANCE.

The defendant was convicted of assaults with a deadly weapon, a knife, on his son-in-law, Elwyn Lee King, and the latter's father, Walter L. King. Upon sentences of 18 months pronounced in both cases, to be served concurrently, he appealed.

The State's evidence tended to show that Elwyn Lee King had been separated from his wife Mary Jo, the daughter of the defendant, Joe Hughes, for some time. On 3 December, 1965, the Kings went from their home in Kure Beach to Burlington to pay Elwyn's wife for the support of their baby. At a parking lot where the wife worked they had trouble with her father. In the ensuing fight both the Kings were cut by Hughes, and these prosecutions resulted.

*Thomas Wade Bruton, Attorney General, Harrison Lewis, Deputy Attorney General, Donald M. Jacobs, Staff Attorney for the State.*

*Ross, Wood & Dodge for defendant appellant.*

PER CURIAM. The defendant asserts no error except that the Judge's charge is not sufficient with regard to defendant's right of self-defense, both real and apparent.

An examination of the charge shows that it is carefully and completely worded in excellent form and is in almost identical words with those approved in *S. v. Anderson,* 230 N.C. 54 (56), 51 S.E. 2d 895, and *S. v. Fletcher,* 268 N.C. 140, 150 S.E. 2d 54.

Whatever the shortcomings or derelictions of his son-in-law the defendant should let the courts adjudicate them. When he attempted to usurp their functions with his knife he was clearly in the wrong.

No error.